No. 919. BENJAMIN W. HUBBARD, PLAINTIFF IN ERROR, *v.* WORCESTER ART MUSEUM.   Error to the Circuit Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted April 10, 1911. Decided April 17, 1911.  *Per Curiam.*   Dismissed for want of jurisdiction.   *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, 117, and cases cited; *Cincinnati &c. Railway Co.* v. *Slade,* 216 U. S. 78, 83.    See *Home for Destitute Children* v. *Peter*

*Brent Brigham Hospital, ante* p. 603, decided at this term. *Mr. Charles A. Snow* and *Mr. Joseph H. Knight* for the plaintiff in error. *Mr. John Chipman Gray* and *Mr. Roland Gray* for the defendant in error.